United States District Court
Southern District of Texas
**ENTERED**
July 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUMI FARAJ MAHMOUD and ELISSAR HLIAZI | §<br>§<br>§ | |
| VS | §<br>§ | CIVIL ACTION NO. H-26-3357 |
| UNITED STATES OF AMERICA MARK WAYNE MULLIN, *et al* | §<br>§<br>§ | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on June 12, 2026 (Doc. No. 7), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this ___23rd___ day of July 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE